# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2014

## NO. 03-10-00076-CR

**Sean Christopher Brewer, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES HENSON AND GOODWIN;
JUSTICE HENSON NOT PARTICIPATING
AFFIRMED ON REMAND -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment of conviction entered by the trial court on November 10, 2009. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.